# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANTHONY PEDEN,<br><br>    Plaintiff,<br><br> v.<br><br>ROBERT PRESLEY DETENTION CENTER, et al.,<br><br>    Defendants. | Case No. ED CV 16-02316 RGK (AFM)<br><br>**JUDGMENT** |

 Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

 IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: November 30, 2017

_____
    R. GARY KLAUSNER
   UNITED STATES DISTRICT JUDGE